IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Danny R Gordon, | : |
| Plaintiff | : Case No. 2:08-cv-30 |
| v. | : Judge Sargus |
| Zanesville Police Department, et al., | : Magistrate Judge Abel |
| Defendants | |

ORDER

Plaintiff has not complied with the requirements outlined by the Magistrate Judge's January 17, 2008 Order. (Docket Entry 5.) Gordon did not execute the required affidavit and has failed to sign the complaint. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

Plaintiff's case is **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** dismissing this case.

Edmund A. Sargus, Jr.
**United States District Judge**

Dated: 3-20-2008